Earnest Eli HOLT, Sr., Appellant,

v.

STATE of Missouri, Respondent.

No. ED 103987

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE**.

Filed: February 14, 2017

Motion for Rehearing and/or Transfer
to Supreme Court Denied April
10, 2017

Application for Transfer Denied
June 27, 2017

Lisa M. Stroup, Missouri Public Defender Office, 1010 Market St., Ste. 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Attorney General, Dora A. Fichter, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

### ORDER

PER CURIAM.

Earnest Eli Holt, Sr. appeals the judgment denying his Rule 29.15 motion for post-conviction relief. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision.

The judgment of the motion court is affirmed under Rule 84.16(b).